UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE: ARLENE R. LINDSAY         DATE: 5/13/2025
United States Magistrate Judge
                                  TIME: 11:15 AM

DOCKET NO: 24-cv-6680 (ARL)

CASE: Cruz v. Fischetto et al

    \_\_\_\_\_ INITIAL CONFERENCE
    \_\_\_\_\_ STATUS CONFERENCE
    \_\_\_\_\_ SCHEDULING CONFERENCE      BY TELEPHONE  X
    \_\_\_\_\_ SETTLEMENT CONFERENCE
    \_\_\_\_\_ FINAL CONFERENCE
   X   FAIRNESS HEARING

APPEARANCES

FOR PLAINTIFF:                    FOR DEFENDANTS:
Marcus Monteiro                   John Joseph Byrnes

The following rulings were made:

Fairness Hearing held, Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). Accordingly, the Clerk of Court is directed to mark this matter closed.

SO ORDERED:
_____/s/_____